ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CV 17-5127

PAUL HAKIME     16A4662

KUNTZ, J.

Full name of plaintiff/prisoner ID#

BLOOM, M.J.

Plaintiff,

JURY TRIAL DEMAND
YES ✓     NO _____

-against-
Capt. Johnson, Shield # 834
C.O Myers, Shield # 15357
C.O. John Doe

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 28 2017 ★

BROOKLYN OFFICE

Defendants.

-------------------------------------------------------x

I.     Previous Lawsuits:

A.     Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment? Yes ( ) No (XX)

B.     If your answer to A is yes, describe each lawsuit in the space below
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _____
_____

Defendants: _____
_____

2. Court (if federal court, name the district;
if state court, name the county)
_____

3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.   Place of Present Confinement:  __Wallkill Correctional Facility__

A. Is there a prisoner grievance procedure in this institution?  Yes (XX) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes ( )   No (XX).

C. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not __Incident did not arise in__

__a New York State Correctional Facility_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes ( )   No ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff __Paul Hakime__

Address __Wallkill Correctional Facility, Box G, Wallkill, NY 12589__

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1                    __Capt. Johnson, Shield # 834__

__Riker's Island Correctional Facility__

__East Elmhurst, New York 11370__

Defendant No. 2                    __C.O. Myers, Shield # 15357__

__Riker's Island Correctional Facility__

__East Elmhurst, New York 11370__

Defendant No. 3                    __C.O. John Doe__

__Riker's Island Correctional Facility__

__East Elmhurst, New York 11370__

Defendant No. 4                    _____

_____

_____

Defendant No. 5                    _____

_____

_____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.   Statement of Claim:

I sustained injuries to the left side of my head, neck, back left shoulder, and left knee when the NYC Dept. of Corrections transportation vehicle crashed twice on the date of April 5, 2016.

Bus number 351-b driven by C.O. John Doe and with C.O. Myers, shield # 15357, on board crashed its left side against the back of parked blue truck while attempting to enter the correctional entrance of the Supreme Court building. When the crash occured the left side of my head and shoulder slammed against the metal grilled window causing a strain and jerking of my neck, and my left knee upon impact slammed into the metal frame of the interior of the transportation bus. There was no protective device or seatbelt in the vehicle to prevent injury. I was thrown back against the vehicle's seat where the metal frame impacted with my neck area which caused me to lose consciousness for a few minutes. Upon gaining consciousness the vehicle was now parked inside of the building and both C.O. John Doe and C.O. Myers were ordering all detainess to exit the bus.

Myself and most of the other detainess were complaining of discomfort, pain, and dizziness and refused to exit the vehicle without being checked for injuries. C.O. John Doe and C.O. Myers refused to contact medical personnel for assistance and the bus remained at the Supreme Court building for approximately one hour without the accident being reported. The transportation bus left the Supreme Court building and traveled to Brooklyn House Correctional Facility where again C.O. JOhn Doe crashed the vehicle but this time into the sally port area. There were nineteen (19) detainees on the transportation bus.

4

Upon impact during the second accident I again strained my neck and shoulder against the metal frame of the vehicle seat and was in excruiating pain that left me unable to move. I was repeatedly requesting medical assistance but was refused it unless I exited the bus. Another unidentified C.O. entered the transportation vehicle and began making threats to physically drag myself and other detainees off the vehicle. I remained on the bus approximately eleven to twelve hours during which time I was denied water and food by C.O. John Doe, C.O. Myers, and an unidentified correction officer.

Eventually Emergency Medical Service was called, job number 34441, and transported me to the hospital where I was examined and an injury report, # 1241, was completed. Upon my return to Riker's Island several hours later I was taken to intake holding cell where I remained until my release on recognizance several hours later. After being released from detention I immediately sought medical treatment again for my injuries and started physical therapy but it was terminated by my medical insurance provider for absence of a police report of the accident. As a result of the injuries I could not perform my job properly and was terminated. I am still receiving medical treatment for the injuries at this time.

V.    Relief:

I am seeking compensatory and punitive damages in the amount of one million dollars, ($ 1,000,000.00), for past pain and suffering, future medical expenses, future pain and suffering, and permanent disability; and any further relief the court deems just and proper.

Dated:    August 18, 2017
          Wallkill, New York

                                        Paul Hakime
                                        Plaintiff

5

I declare under the penalty of perjury that on the date of _8 / 18_

_____, 2017 I delivered this complaint to prison authorities to be mailed

to the United States District Court for the Eastern District of New York.


Signed this _18_ day of _August_ 2017. I declare under the penalty of perjury

that the foregoing contents of this complaint are true and correct.


Paul Hakime
Plaintiff
Wallkill Correctional Facility
P.O. Box G
Wallkill, New York 12589

16A4662
Prisoner ID #