UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAUL HAKIME,

                Plaintiff,

    -against-

CAPTAIN JOHNSON, *Shield #834*, C.O. MYERS, *Shield #15357*, and C.O. STEVEN RENTAS JR., *Shield #10852*,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
**17 CV 5127 (WFK)(LB)**

**BLOOM, United States Magistrate Judge:**

The Office of Corporation Counsel writes to identify the John Doe defendant and provide an address where he may be served. The Clerk of Court is directed to amend the docket to reflect the following defendant's name and shield number, and to issue a summons at the following address:

    C.O. Steven Rentas, Jr., *Shield No. 10852*
    New York City Department of Correction
    Transportation Division
    17-17 Hazen Street
    East Elmhurst, NY 11370

The United States Marshal Service is directed to serve the summons, the complaint (ECF No. 1), and a copy of this Order without prepayment of fees on defendant at the address above.

SO ORDERED.

                                      /S/ Judge Lois Bloom
                                      LOIS BLOOM
                                      United States Magistrate Judge

Dated: November 28, 2017
       Brooklyn, New York