FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 23 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL HAKIME,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>CAPTAIN JOHNSON, *Shield No. 834*,<br>C.O. MEYERS, *Shield No. 15357*, and<br>C.O. STEVEN RENTAS, JR., *Shield No. 10852*,<br><br>　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL<br><br>17-CV-5127 (WFK) (LB) |

　　　　**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

　　　　**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

　　　　1.　　The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      August 21, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Attorneys for Plaintiff*
One Liberty Plaza
New York, New York 10006
(212) 225-2894

By: _____
Boaz S. Morag
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Johnson, Myers, and Rentas, Jr.*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
~~Allyson N. Brown~~ ELIZABETH CONNELLY
~~Assistant Corporation~~ Senior Counsel

SO ORDERED:

        s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2019

2